7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Erica Lea Wilson
*Debtor*

*Bankruptcy Case No.*
11–45291–can7

**Jerald S. Enslein, Trustee**
 Plaintiff(s)

*Adversary Case No.*
14–04080–can

v.

**Erica Lea Wilson**
 Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: ORDERED that Judgment by Default is hereby awarded and granted and shall be entered in favor of the Trustee and against the Debtor pursuant to Rule 7055 FRBP and Rule 55 FRCP, such that:
(i) the discharge granted to the Debtor in the Order Discharging Debtor (Doc. 37 of the Bankruptcy Case) which was entered on February 15, 2012, is hereby revoked; and

(ii) the Trustee is hereby awarded costs in the amount of $335.00 and reasonable attorneys fees in the amount of $600.00, such sums to be paid to the Trustee by the Debtor

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
 Deputy Clerk



Date of issuance: 11/7/14

Court to serve